UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | | |
|---|---|---|
| Merck Sharp & Dohme Corp., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CASE No. 11 CV 00051 (DCR) |
| Jack Conway, in his official capacity as Attorney General of the Commonwealth of Kentucky, | ) ) ) ) ) | *Electronically Filed* |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATE, MOTION TO DISMISS

Jack Conway, in his official capacity as Attorney General of the Commonwealth of Kentucky, respectfully moves for summary judgment in the above-styled case pursuant to Fed. R. Civ. P. 56.

As set forth more fully in the attached memorandum of law, which is incorporated here by reference, the Defendant, Attorney General Jack Conway, is entitled to summary judgment as the Plaintiff has presented no credible evidence that the Attorney General either ceded control or allowed outside counsel to invade the so-called sphere of control in the state litigation, *Commonwealth v. Merck & Co., Inc.* (Franklin Circuit Court Civil Action No. 09-CI-1671), currently in state court.

WHEREFORE, the Attorney General respectfully requests the Court enter an order granting this motion for summary judgment, or in the alternate, motion to dismiss.

An Order granting the relief requested is tendered with this motion.

Respectfully submitted,

**JACK CONWAY
ATTORNEY GENERAL**

<u>/s/ Sean Riley</u>
Chief Deputy Attorney General
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky, 40601
(502) 696-5300

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

      I hereby certify that on January 31, 2013, I electronically filed the foregoing Motion with the clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Susan J. Pope
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY  40507

Winston E. Miller
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202

Tarek Ismail
Goldman Ismail Tomaselli Brennan & Baum
1 North Franklin Street, Suite 625
Chicago, IL 60606

Attorneys for Plaintiff Merck & Co.

                                                       /s/ Sean Riley
                                                       Deputy Chief Attorney General