# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

**FILED ELECTRONICALLY**

| | |
|---|---|
| Merck Sharp & Dohme Corp., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:11-cv-00051-DCR |
| Jack Conway, in his official capacity as ) | |
| Attorney General of the Commonwealth of ) | |
| Kentucky, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Merck Sharp & Dohme Corp. ("Merck"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment entered in this action on May 24, 2013 (R.E.105), from the Memorandum Opinion & Order on the parties' motions for summary judgment issued on May 24, 2013 (R.E.104) ("MSJ Order"), and from all interlocutory rulings that gave rise to the judgment and MSJ Order, including, but not limited to, the order denying Merck's motion for a preliminary injunction, issued on March 21, 2012 (R.E.31).

Dated:  June 13, 2013

                                              Respectfully submitted,

                                              s/SUSAN J. POPE
                                              SUSAN J. POPE
                                              WINSTON E. MILLER
                                              FROST BROWN TODD LLC
                                              250 W. Main Street, Suite 2800
                                              Lexington, KY 40507-1749

                                              and

JOHN H. BEISNER
JESSICA DAVIDSON MILLER
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005

and

TAREK ISMAIL
GOLDMAN ISMAIL TOMASELLI
BRENNAN &BAUM LLP
564 W. RANDOLPH ST., SUITE 400
CHICAGO, IL 60661

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Susan J. Pope
*Counsel for the Plaintiff*